UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LYNNE HOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00043-JRS-DLP |
| | ) |
| PAUL HARDEN, | ) |
| CLAY COUNTY, | ) |
| QUALITY CORRECTIONAL CARE, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON STIPULATION OF DISMISSAL AS TO
DEFENDANTS PAUL HARDEN AND CLAY COUNTY**

The Court **accepts** the plaintiff's stipulation, dkt. [70], to dismiss the claims against defendants Paul Harden, individually and as Sheriff of Clay County, and Clay County, Indiana with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Claims against these defendants are **dismissed with prejudice**, and the parties each bear their own costs.

**The clerk is directed to terminate** Paul Harden and Clay County as parties on the docket. No partial judgment shall issue at this time.

**IT IS SO ORDERED.**

Date: 7/8/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Douglass R. Bitner
Stoll Keenon Ogden PLLC (SKO)
doug.bitner@skofirm.com

Brock E. Dalton
DALTON LAW OFFICE
claycountylawyer@gmail.com

Rachel D. Johnson
Stoll Keenon Ogden PLLC (SKO)
rachel.johnson@skofirm.com

Paul Jungers
JUNGERS LAW FIRM
paul.jungers@gmail.com

Edna M. Koch
ZEIGLER COHEN & KOCH
ekoch@zcklaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com