Acknowledged. JRS, DJ, 8/18/22.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LYNNE HOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-00043-JRS-DLP |
| ) | |
| PAUL HARDEN, *et al*. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Lynne Holt, Plaintiff, and the Defendant, Quality Correctional Care, by their respective counsel, hereby stipulate that the Defendant, QUALITY CORRECTIONAL CARE, is dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
Rachel D. Johnson, Attorney No. 30591-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com
Rachel.Johnson@skofirm.com
*Counsel for Defendant Quality Correctional Care*

/s/ Brock E. Dalton
Brock E. Dalton
**DALTON LAW OFFICE**
1605 E. National Ave.
Brazil, IN 47834
812-420-2828
Fax: 812-448-2313
Email: claycountylawyer@gmail.com
*Counsel for Plaintiff*


/s/Paul Jungers
Paul Jungers
**JUNGERS LAW FIRM**
203 4th Ave S
Ste 6
Franklin, TN 37064
812-235-8900
Email: paul.jungers@gmail.com
PRO HAC VICE
*Counsel for Plaintiff*


### CERTIFICATE OF SERVICE

I certify that on **August 16, 2022**, a copy of the foregoing was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Brock E. Dalton
**DALTON LAW OFFICE**
claycountylawyer@gmail.com
*Counsel for Plaintiff*

Paul Jungers - *PRO HAC VICE*
**JUNGERS LAW FIRM**
Paul.jungers@gmail.com
*Counsel for Plaintiff*

/s/ Douglass R. Bitner
Douglass R. Bitner

2